IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 207.172.191.190

**ISP:** RCN
**Physical Location:** Allentown, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/08/2018 21:54:38 | AF37820E0654C3C15F0DF7842E3CD7CCC9273E99 | Deeper and Deeper |
| 02/04/2018 22:23:24 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |
| 12/10/2017 11:16:21 | A0D102FB61F97BFE7B935492643E2313944FDBD2 | Five Reasons to Love Sex with Blondes |
| 11/26/2017 17:23:43 | 6EA411DD4580E2C06E2526C469ADC3687F470FE2 | Into The Lions Mouth |
| 11/24/2017 14:00:15 | D7CBA0540F5B98D2698D2B63169F8D7CDAB0277B | Fill Her Up |
| 11/15/2017 22:16:57 | C9F9DF567E334C2C474ED265128B67E29F1E2503 | Would You Fuck My Girlfriend |
| 09/16/2017 19:31:25 | B6B402B13D5F13A445727BD5A514ED7F1070E8AF | Piano Concerto |
| 09/03/2017 14:57:26 | 77160F5EA4ACC74375E9A8C66B34DE43D7B2E9F8 | Take Your Picture |
| 08/26/2017 19:53:23 | 29E48CB0C760C5B0BD131F13C1920C42AFE71735 | Pure Gold |
| 08/26/2017 17:39:48 | 5572F32DDDEDA2E74F07E2E88BFAB7D745127C61 | Just Like Valentines Day |
| 08/26/2017 17:38:25 | 5FD28AA7ADD967571F60FB7B519EC4F06AAA0F0D | Born To Be Wild |
| 08/20/2017 13:30:34 | 09991A767E6D7A74336DB34CF9065D7AD49280E8 | A Fucking Picnic |
| 08/20/2017 13:08:21 | 09889EBF7CDF9363654C0ACB2EC4A98317E3B44C | Luvv Me Tender |
| 08/17/2017 22:56:23 | 5BF326FBAAF87F3E750F080DCE085011E562EBBE | Forbidden Fruit |
| 08/12/2017 16:19:36 | 602D35711B97F0F854EBF53DD8599D90FB51FF2D | Emerald Love |
| 08/12/2017 15:50:07 | 3F4A5DBF141AC8226C9FFA51A3E357A71593FAFC | A Rose A Kiss and A Bang |
| 09/03/2016 14:33:16 | 53D0F68EF15116A3DAC7038B6A441D064D576B03 | California Surf Fever |
| 08/23/2016 20:51:30 | B1B7AFD4F886011F601699074B25A5B188CA3911 | Any And All For You |
| 07/31/2016 21:23:24 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 06/22/2016 21:20:11 | 138AA4557F869730C1297DA8E843A83B138C1C1D | Every Mans Sexy Camping Trip |
| 06/18/2016 15:12:22 | 990A47FE8E523891383423994B1D7BA62AE57512 | Puffy Nipple Lovers |
| 06/18/2016 13:02:20 | AEFAF09AC68DAA06E98C65AFC792BF6E79A8E359 | Sweet Sensations |

EXHIBIT A

EPA701

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/18/2016 12:41:50 | D16BDB4A3315D5900C9247665CC5FD5B869460EC | The Artiste |
| 06/15/2016 23:59:47 | DD27C23938B719166309DA7593FC76FB48A4B741 | Hot In Here |
| 06/15/2016 23:40:43 | 88DC4EC70AB81986698CE8099924C834DE5C6A5D | Dripping Pleasures |
| 06/15/2016 23:39:09 | F56EEAAABB13F7368C543BAA8FCA0CC3E9990AFC | Submissive Seduction |
| 06/15/2016 23:23:38 | 7DBCA94983661CA6AA5487316D4B597408FD7A85 | Spread Across The Floor |
| 06/15/2016 21:45:09 | D1938508B57B1953E3CB1905052DA996C5AF823B | My Blue Heaven |
| 06/15/2016 21:41:26 | 2A19B9CC9092AC10B844E2C79D2CF7CACEF69991 | Keep Cumming Kylie |
| 06/15/2016 21:34:49 | 59B39828EC56E960501BC4C135A1182FB8C8CCBA | Black Widow |
| 06/15/2016 21:33:53 | 1B18D50812B58182D5E73C2DF44A124A48B3A479 | Sex At The Office |
| 05/22/2016 11:42:31 | 0FF35577760FE2E0E5FF4BE5130AB6A1E5A46C00 | Tight Ass Teen |
| 05/22/2016 11:40:11 | 065338DB17BE8DB45AC608FED6E0D89A91C018B3 | X-art Unauthorized Pack 065338D |
| 03/19/2016 12:06:34 | 892AF19393C24941413F8EEEF5E3C661359C8502 | X-art Unauthorized Pack 892AF19 |
| 03/19/2016 12:04:19 | 11165FB33F72ABB67DF0F958C53C4BEA57784AAE | An Erotic Encounter |
| 03/19/2016 12:02:41 | FC35F5ED86A37786D1CE7F3C99C7AEC5B0A500EE | Inside Caprice |
| 03/19/2016 12:00:21 | 5B83CEBBD62C1A363577BE1789A8D322E4DAF4A4 | Dressed to Thrill |
| 03/19/2016 11:51:57 | EE4BD4A311F61368C1BBB8621F55442D9AAF3D85 | Loving It Hard And Deep |
| 03/18/2016 12:16:57 | 311FC1754315324ABD3FF2E50D5683275A04031F | In Love With Little Caprice |
| 03/18/2016 12:09:33 | C3F656CDA6134E3569B0476DAB07D8913E01DF6E | Bring Me To My Knees |
| 03/18/2016 11:47:03 | D01D54EE3CCA3D37071B7A238B54166CDB1DCDE6 | A Deep Awakening |
| 01/02/2016 13:58:32 | 3C2A015A354B0BE9C0EE18B9CF23CCFF94DCC706 | The Cabin And My Wood |

**Total Statutory Claims Against Defendant: 42**

EXHIBIT A

EPA701