**Copyrights-In-Suit for IP Address 207.172.191.190**

**ISP:** RCN
**Location:** Allentown, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Deeper and Deeper | PENDING | 02/03/2018 | 02/13/2018 | 02/08/2018 |
| Caprice Swaps Cocks | PA0002036760 | 09/17/2016 | 12/04/2016 | 02/04/2018 |
| Five Reasons to Love Sex with Blondes | PA0002097524 | 12/09/2017 | 01/03/2018 | 12/10/2017 |
| Into The Lions Mouth | PA0002094776 | 11/25/2017 | 11/28/2017 | 11/26/2017 |
| Fill Her Up | PA0002094801 | 11/17/2017 | 11/28/2017 | 11/24/2017 |
| Would You Fuck My Girlfriend | PA0002094797 | 11/10/2017 | 11/28/2017 | 11/15/2017 |
| Piano Concerto | PA0002086118 | 09/15/2017 | 10/11/2017 | 09/16/2017 |
| Take Your Picture | PA0001942863 | 05/09/2015 | 05/15/2015 | 09/03/2017 |
| Pure Gold | PA0002078620 | 08/23/2017 | 08/30/2017 | 08/26/2017 |
| Just Like Valentines Day | PA0002050598 | 06/14/2017 | 08/29/2017 | 08/26/2017 |
| Born To Be Wild | PA0002078602 | 08/25/2017 | 08/30/2017 | 08/26/2017 |
| A Fucking Picnic | PA0001970487 | 09/12/2015 | 09/21/2015 | 08/20/2017 |
| Luvv Me Tender | PA0002036139 | 09/15/2016 | 12/04/2016 | 08/20/2017 |
| Forbidden Fruit | PA0002036143 | 10/15/2016 | 12/04/2016 | 08/17/2017 |
| Emerald Love | PA0002078611 | 07/22/2017 | 08/30/2017 | 08/12/2017 |
| A Rose A Kiss and A Bang | PA0002042063 | 01/28/2017 | 03/25/2017 | 08/12/2017 |
| California Surf Fever | PA0001953953 | 07/23/2015 | 07/29/2015 | 09/03/2016 |
| Any And All For You | PA0001908677 | 08/02/2014 | 08/11/2014 | 08/23/2016 |
| The Call Girl | PA0002034879 | 07/30/2016 | 10/20/2016 | 07/31/2016 |
| Every Mans Sexy Camping Trip | PA0001967079 | 08/28/2015 | 09/07/2015 | 06/22/2016 |
| Puffy Nipple Lovers | PA0001973341 | 09/28/2015 | 10/05/2015 | 06/18/2016 |

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Sweet Sensations | PA0001996230 | 01/15/2016 | 02/18/2016 | 06/18/2016 |
| The Artiste | PA0002020180 | 05/28/2016 | 06/27/2016 | 06/18/2016 |
| Hot In Here | PA0001990001 | 01/14/2016 | 01/18/2016 | 06/15/2016 |
| Dripping Pleasures | PA0001941285 | 04/24/2015 | 04/27/2015 | 06/15/2016 |
| Submissive Seduction | PA0001878420 | 02/07/2014 | 02/13/2014 | 06/15/2016 |
| Spread Across The Floor | PA0001937378 | 03/17/2015 | 04/03/2015 | 06/15/2016 |
| My Blue Heaven | PA0001967077 | 09/05/2015 | 09/07/2015 | 06/15/2016 |
| Keep Cumming Kylie | PA0001967082 | 08/25/2015 | 09/07/2015 | 06/15/2016 |
| Black Widow | PA0001987183 | 12/25/2015 | 01/18/2016 | 06/15/2016 |
| Sex At The Office | PA0001990003 | 01/07/2016 | 01/18/2016 | 06/15/2016 |
| Tight Ass Teen | PA0001938748 | 04/01/2015 | 04/06/2015 | 05/22/2016 |
| All Tied Up | PA0001866077 | 10/19/2013 | 10/21/2013 | 05/22/2016 |
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 05/22/2016 |
| Body Language | PA0001868096 | 10/26/2013 | 11/01/2013 | 05/22/2016 |
| Double Daydreams | PA0001869246 | 11/13/2013 | 11/21/2013 | 05/22/2016 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 05/22/2016 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 05/22/2016 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 03/19/2016 |
| Party Boat | PA0001862485 | 09/15/2013 | 09/18/2013 | 03/19/2016 |
| Pool Party For Three | PA0001859656 | 07/13/2013 | 08/01/2013 | 03/19/2016 |
| This Really Happened | PA0001860970 | 08/03/2013 | 09/01/2013 | 03/19/2016 |
| Triple Threat | PA0001860961 | 08/13/2013 | 09/02/2013 | 03/19/2016 |
| What a Girl Wants Part #2 | PA0001847660 | 06/15/2013 | 07/09/2013 | 03/19/2016 |
| An Erotic Encounter | PA0001965758 | 08/21/2015 | 08/26/2015 | 03/19/2016 |
| Inside Caprice | PA0001990004 | 12/29/2015 | 01/18/2016 | 03/19/2016 |

EXHIBIT B

EPA701

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Dressed to Thrill | PA0001973995 | 11/08/2015 | 11/16/2015 | 03/19/2016 |
| Loving It Hard And Deep | PA0001995331 | 02/11/2016 | 04/26/2016 | 03/19/2016 |
| In Love With Little Caprice | PA0001974993 | 09/30/2015 | 11/03/2015 | 03/18/2016 |
| Bring Me To My Knees | PA0001932106 | 02/15/2015 | 02/17/2015 | 03/18/2016 |
| A Deep Awakening | PA0001949368 | 06/24/2015 | 07/01/2015 | 03/18/2016 |
| The Cabin And My Wood | PA0001973997 | 11/01/2015 | 11/16/2015 | 01/02/2016 |

**Total Malibu Media, LLC Copyrights Infringed:  52**

EXHIBIT B
EPA701