AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    18-cv-1293

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Kevin Foster

was received by me on *(date)*    July 18th 2018    .

☑ I personally served the summons on the individual at *(place)*   His home located at 210 Eagle Road, Emmaus, PA

18049    on *(date)*   07/30/2018    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $    $62.72    for travel and $    $70.00    for services, for a total of $    $132.72    .

I declare under penalty of perjury that this information is true.

Date:   07/30/2018

_____
*Server's signature*

Ian Poush Process Server
_____
*Printed name and title*

1500 S. Columbus Blvd, Suite 6, Philadelphia, PA
19147
_____
*Server's address*

Additional information regarding attempted service, etc:

I personally served Mr. Foster at his home located in a condo complex on Eagle Rd in Emmaus PA. Mr. Foster is described as a middle aged heavy set white male, approximately 5 foot 7 inches in height with short gray was served at 5:23pm.