**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | |
|---|---|
| MALIBU MEDIA, LLC, : | |
| Plaintiff, : | |
| : | |
| v. : | No. 18-cv-1293 |
| : | |
| JOHN DOE and KEVIN FOSTER, : | |
| Defendants. : | |

_____

# O R D E R

**AND NOW**, this 28th day of August, 2018, upon consideration of the stipulation of the parties for an extension of time for Defendant, Kevin Foster, to file an answer to Plaintiff's Amended Complaint, ECF No. 11, **IT IS HEREBY ORDERED THAT:**

1. The stipulation is **approved and granted in part and disapproved and denied in part**; and

2. Defendant, Kevin Foster's, deadline to file an Answer to Plaintiff's Amended Complaint, only, and for no other purpose, is extended through and including September 19, 2018.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Court