UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MALIBU MEDIA, LLC,** | Civil Action No. 5:18-cv-01293-JF |
| *Plaintiff,* | |
| v. | |
| **DOE,** | |
| *Defendant.* | |

### STIPULATION

The above captioned parties through and by the undersigned counsel agree and Stipulate for defendant to have an additional thirty (30) days to file his responsive pleading to plaintiff Malibu Media LLC's Amended Complaint. The deadline for defendant John Doe to file his responsive pleading is extended to September 19 2018.

By:  /s/ Christopher Fiore            By:  /s/ Leslie A. Farber
Christopher P. Fiore, Esq.                 Leslie A. Farber, Esq.
Fiore & Barber, LLC                        Leslie A. Farber, LLC
Attorneys for Plaintiff                    Attorneys for Defendant

Dated: August 27, 2018                     Dated: August 27, 2018

IT IS SO ORDERED this ____ day of August, 2018

_____
Hon. Joseph F. Leeson, Jr., U.S.D.J.